| | |
|---|---|
| JOHN J. ERRICO,<br><br>                              Plaintiff,<br><br>-against-<br><br>PFIZER CONSOLIDATED PENSION PLAN, PFIZER CONSOLIDATED SUPPLEMENTAL PENSION PLAN FOR UNITED STATES AND PUERTO RICO EMPLOYEES, PFIZER SUB PLAN, THE RETIREMENT COMMITTEE UNDER BOTH PLANS and PFIZER, INC.,<br><br>                              Defendants. | Civil Action No.: 19-cv-10211(CM)<br><br>[~~PROPOSED~~] **ORDER FOR ADMISSION <u>PRO HAC VICE</u>**<br><br>USDS SDNY<br>DOCUMENT<br>ELEC...           FIL...<br>D...<br>D...       1/30/2020 |

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney Robert W. Rachal is permitted to argue or try this particular case in whole or in part as counsel for Defendants.

This Order becomes effective upon the Court's receipt of the required fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* for this above-listed case will be made on the roll of attorneys.

Dated: 1/30/2020

_____
Chief Judge
Colleen McMahon

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2020 the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/Ryan C. Chapoteau<br>
Ryan C. Chapoteau

4851-6869-0606, v. 1