UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN J. ERRICO,

                Plaintiff,                              19 **CIVIL** 10211 (CM)

        -against-                                   **JUDGMENT**

PFIZER CONSOLIDATED PENSION PLAN,
PFIZER CONSOLIDATED SUPPLEMENTAL
PENSION PLAN FOR UNITED STATES AND
PUERTO RICO EMPLOYEES, PFIZER SUB
PLAN, THE RETIREMENT COMMITTEE
UNDER BOTH PLANS, AND PFIZER, INC.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 20, 2021, Errico's motion for summary judgment is DENIED. Defendants' cross motion for summary judgment is GRANTED. Judgment is entered for Defendants, and this case is closed.

**Dated:**  New York, New York
            April 21, 2021

                                                                        **RUBY J. KRAJICK**
                                                             _____
                                                                    **Clerk of Court**
                                             **BY:**
                                                                      **Deputy Clerk**